Geraldine Hanna, et. al., Plaintiff(s)
vs.
Merck & Co, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  085067-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

BRANDI LAW FIRM
Ms. Denise M. Ruggeri
44 Montgomery St, Suite 1050
San Francisco, CA  94104

--Merck & Co, Inc.
Court Case No. 07 CV 7452

State of: New Jersey    ) ss.
County of: Somerset    )

**Name of Server:** James Swickle , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7 day of September , 20 07 , at 2:45 o'clock P M

**Place of Service:** at 1 Merck Drive , in Whitehouse Station, NJ  08889

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Merck & Co, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Joan E. Dearborn, Administrative Assistant

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Salt&pepper ; Facial Hair
Approx. Age 60's ; Approx. Height 5'4 ; Approx. Weight 170

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
10 day of Sept , 20 07

_____
Notary Public        (Commission Expires)

**APS International, Ltd.**

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012