CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2007, I caused a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES OF MERCK & CO., INC. to be served via first-class mail, postage prepaid, on the following:

THE BRANDI LAW FIRM
Brian J. Malloy
44 Montgomery St., Suite 1050
San Francisco, CA 94104

The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on September 27, 2007

/s/
Julie A. Calidonio