UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE: | MASTER FILE 1:06-MDL-1789-JFK-JCF |
| FOSAMAX PRODUCTS LIABILITY LITIGATION | |
| *This Document Relates to:* | NOTICE OF CHANGE OF ADDRESS |
| GERALDINE HANNA, Plaintiff, | CASE NO: 07 CIV 7452 |
| v. | |
| MERCK & CO., INC., Defendant. | |

---

PLEASE TAKE NOTICE that as of January 1, 2008, the attorney for plaintiff GERALDINE HANNA has changed his address for services of notices and documents in the above-captioned action. The new address of BRIAN J. MALLOY, BRANDI LAW FIRM, is 354 Pine Street, Third Floor, San Francisco, CA 94104, the telephone and facsimile numbers remain unchanged. All notices and documents regarding this action should be sent to the above address.

Dated: January 14, 2008

THE BRANDI LAW FIRM

BY: _____
BRIAN J. MALLOY (CA 234882)
(Admitted Pro Hac Vice)
THE BRANDI LAW FIRM
44 Montgomery St. Suite 1050
San Francisco, CA 94104
Tel: 415-989-1800
Fax: 415-989-1801
bjm@brandilaw.com

1